IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KURTIS GRAVES, | : |
| Petitioner, | : CIVIL ACTION |
| v. | : |
| | : NO. 10-3481 |
| SUPERINTENDENT, SCI MAHANOY et al, | : |
| Respondents. | : |

**ORDER**

**AND NOW**, this ____ day of October, 2012, upon careful and independent consideration of the Petition for Writ of *Habeas Corpus* filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge M. Faith Angell (Doc. 12), Petitioner's Objections thereto (Doc. 13), and Respondents' Response to Objections (Doc. 15), **IT IS HEREBY ORDERED** as follows:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. The Petition for Writ of *Habeas Corpus* is **DENIED AND DISMISSED WITHOUT AN EVIDENTIARY HEARING**; and

3. There is no basis for the issuance of a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark the above-captioned case as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**